(75 N. W. Rep. 771.)

---

## N. N. Betts *vs.* Sophia Signor.

Opinion filed April 28th, 1898.

**Counter Claim—Quieting Title.**

> In an action to quiet title, under § 5904, Revised Codes, the defendant sets up a counterclaim when he alleges that he is the owner of the land, and prays that title may be quieted in him.

Appeal from District Court, Cass County; *Pollock*, J.

Action by N. N. Betts against Sophia Signor. From an order sustaining plaintiff's demurrer to defendant's counterclaim, defendant appeals.

Reversed.

*J. E. Robinson*, for appellant.

*Benton & Bradley*, for respondent.

CORLISS, C. J. This case is governed by the decision of the court in *Power* v. *Bowdle*, 3 N. D. 107, 54 N. W. Rep. 404. The action was brought to quiet title under section 5904, Revised Codes, (formerly section 5449, Compiled Laws.) The defendant, by way of counterclaim, set forth in his answer his own owner-ship of the property, and prayed that his own title might be quieted. The pleading therefore discloses a counterclaim calling for a reply. We so held in the case just cited. It follows that the District Court erred in sustaining the demurrer to such counterclaim.

The order sustaining the demurrer is therefore reversed. All concur.